

1 | LAWRENCE G. BROWN
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000



SEP 2 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09 CR 00388 LJO |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| BRIAN VINCENT STRETCH, et al. | CRIMINAL PROCEDURE |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 24, 2009, charging the above defendants with a violation of Title 18, United States Code, Section 286 - Conspiracy to Defraud the Government With Respect to Claims and other charges, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment

1 | or any warrants issued pursuant thereto, except when necessary for
2 | the issuance and execution of the warrants.

3 | DATED: September 24, 2009                Respectfully submitted,

4 |                                          LAWRENCE G. BROWN
                                             United States Attorney
5 |
                                             By /s/
6 |                                          MARK J. McKEON
                                             Assistant U.S. Attorney
7 |

8 | IT IS SO ORDERED this 24 day of September, 2009

9 |
                                             _____
10 |                                         U.S. Magistrate Judge