```
                                            FILED

1  LAWRENCE G. BROWN
   United States Attorney                    OCT 08 2009
2  MARK J. MCKEON
   Assistant U.S. Attorney                   CLERK, U.S.
3  3654 Federal Building                     EASTERN DISTRICT
   1130 "O" Street                           BY _____
4  Fresno, California 93721                     DEPUTY CLERK
   Telephone: (559) 498-7272
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  1:09-CR-00388 LJO
                                  )
12             Plaintiff,         )  ORDER TO UNSEAL INDICTMENT
                                  )
13      v.                        )
                                  )
14                                )
    BRIAN VINCENT STRETCH, and    )
15  SARAH RENEE GREER,            )
                                  )
16             Defendants.        )
                                  )
17  _____
18
19
        The indictment in this case, having been sealed by Order of
20
    this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal
21
    Procedure, and it appearing that it no longer need remain secret,
22
    it is HEREBY ORDERED that the indictment and warrant be unsealed
23
    and made public record.
24
    Dated: October 8, 2009
25
                                            /s/ Lawrence J. O'Neill
26                                          LAWRENCE J. O'Neill
                                            U.S. District Judge
27
28

                                  1
```