CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SARAH RENEE GREER

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: 1:09-cr-00388 LJO |
| )  | |
| Plaintiff,           ) | STIPULATION TO CONTINUE |
| )  | STATUS CONFERENCE AND MOTIONS |
| vs.           ) | HEARING |
| )  | |
| SARAH RENEE TODD,           ) | Date:  April 23, 2010 |
| )  | Time:  9:00 am |
| Defendant.           ) | Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference and motions hearing in this matter is currently set for April 23, 20109 at 9:00 am.

By agreement of the parties, it is requested that the status conference and motions hearing be continued until May 13, 2010 at 9:00 am.

The reason for this request is that both counsel for the defendant and for the government believe that a resolution of the case as to this defendant is possible, even though the codefendant is not yet before the court.  However, due to the press of other cases, including a brief for the Court of Appeals and a trial on the part of government counsel, and a pending trial on the part of defense counsel, we have not been able to have sufficient negotiations in that regard.

It is further stipulated that the time between April 23, 2010 and May 13, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow the parties to explore pretrial resolution of the matter and to conduct further plea negotiations. Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  April 21, 2010                                    Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney


By     /s/ Mark J. McKeon____
MARK J. McKEON
Assistant U.S. Attorney
Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference and motions hearing currently set for April 23, 2010 at 9:00 am, be continued to May 13, 2010 at 9:00 am.

It is further ORDERED that the time between April 23, 2010 and May 13, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for further settlement negotiations in the expectation that the case, as to this defendant, will be concluded by a negotiated plea.

///

///

However, on May 13, 2010, we either take a change of plea or set a trial date (out far enough to that the co-defendant will be present and ready).

DATED:  April 22, 2010

                                                  _/s/ Lawrence J. O'Neill_____
                                                  LAWRENCE J. O'NEILL
                                                  United States District Judge