1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      ) Case No. 1:09-CR-00388 LJO
                                  )
11               Plaintiff,       ) STIPULATION TO CONTINUE
                                  ) STATUS CONFERENCE & MOTIONS
12                                ) HEARING; ORDER
                                  )
13             v.                 )
                                  ) Date:  June 4, 2010
14 SARAH RENEE TODD,              ) Time:  9:00 a.m.
                                  ) Judge: Hon. Lawrence J. O'Neill
15               Defendant.       )
   _____)
16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that the

19 status conference and motion hearing in the above-referenced

20 action now scheduled for May 13, 2010, may be continued to **June**

21 **04, 2010 at 9:00 a.m.**

22      This continuance is requested by the parties as United

23 States Attorney, Mark J. McKeon, is presently in trial and

24 anticipates being in trial through the following week.  The

25 parties believe that a resolution of the case is possible;

26 however, we have not been able to have sufficient negotiations in

27 that regard.  Parties agree that time should be excluded through

28 June 4, 2010.

1    The parties agree that the delay from the continuance shall

2  be excluded in the interest of justice, including but not limited

3  to, the need for the period of time set forth herein for further

4  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5

6

7                                  Respectfully submitted,

8                                  BENJAMIN B. WAGNER
                                   United States Attorney
9
   Dated: May 11, 2010        By:  /s/ Mark J. McKeon
10                                  MARK J. MCKEON
                                   Assistant U.S. Attorney
11

12

13 Dated: May 11, 2010        By:  /s/ Carl M. Faller
                                   CARL M. FALLER
14                                 Attorney for Defendant
                                   Sarah Renee Todd
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

   Good cause exists for the requested continuance, and it is

3

 GRANTED.   The intervening period of delay shall be excluded in

4

the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

5

and 3161(h)(8)(B)(iv).

6

7

8

IT IS SO ORDERED.

9

**Dated:    May 12, 2010**                              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28