1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-734-0867
4  carl.faller@fallerdefense,com

5  Attorney for Defendant
   SARAH RENEE GREER

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00388 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| SARAH RENEE TODD and | ) Date: July 7, 2010 |
| BRIAN STRETCH, | ) Time: 8:45 am |
| Defendants. | ) Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference in this matter is currently set for July 9, 2010 at 8:45 am.

By agreement of the parties, it is requested that the status conference be continued until August 6, 2010 at 9:00 am.

The reason for this request is that examination of the discovery by Mr. Stretch's counsel was delayed due to a problem in the formatting of the computer disk and a replacement set of discovery had to be produced.  Consequently, she is still reviewing the materials to determine if discovery is complete.  In addition, counsel for Ms. Todd has received a plea offer from the government and he and government counsel are still having discussions aimed at reaching a final agreement, but additional time is necessary to accomplish this task.

It is further stipulated that the time between July 9, 2010 and August 6, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow Mr. Stretch to complete the review of discovery and for Ms. Todd to complete discussions with the government and reach a plea agreement. Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  July 7, 2010                                  Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SARAH RENEE TODD

/s/  Melody M. Walcott____
MELODY M. WALCOTT
Attorney for Defendant
BRIAN STRETCH

BENJAMIN B. WAGNER
United States Attorney


By     /s/ Mark J. McKeon____
MARK J. McKEON
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for July 9, 2010 at 8:45 am, be continued to August 6, 2010 at 8:45 am.

It is further ORDERED that the time between July 9, 2010 and August 6, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for further

settlement negotiations on the part of counsel for Ms. Todd and government and for further review of discovery on the part of counsel for Mr. Stretch.

DATED:  July 8, 2010

                                                 /s/ Lawrence J. O'Neill_____
                                                 LAWRENCE J. O'NEILL
                                                 United States District Judge