CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SARAH RENEE TODD

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00388 LJO |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| SARAH RENEE TODD, | ) Date:  August 27, 2010 |
| | ) Time:  8:45 am |
| | ) Honorable Lawrence J. O'Neill |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference in this matter is currently set for August 27, 2010 at 8:45 am.

By agreement of the parties, it is requested that the matter as to Sarah Todd, only, be continued to September 3, 2010 at 8:45 am, for entry of plea.  This defendant has reached a plea agreement with the government, and it requested that she be allowed to appear without her codefendant for entry of that plea.

It is further stipulated that the time between August 27, 2010 and September 3, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion to allow the plea

///

///

agreement to be formalized, filed and entered before the court.

Dated:  August 23, 2010                                   Respectfully submitted,

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SARAH RENEE TODD


BENJAMIN B. WAGNER
United States Attorney

By      /s/ Mark J. McKeon____
MARK J. McKEON
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for August 23, 2010 at 8:45 am, be continued to September 3, 2010 at 8:45 am, for a change of plea by the defendant.

It is further ORDERED that the time between August 27, 2010 and September 3, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for the defendant's plea agreement to be finalized, filed with the court, and entered before the court.

Trial will be set at the August 27th status conference, so if there is no change of plea by Defendant Todd on September 3rd, she will be obligated to be ready and move forward with trial on the date that will be selected without her Counsel's help.

DATED:  August 23, 2010

_____/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
United States District Judge