1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-734-0867
4  carl.faller@fallerdefense,com

5  Attorney for Defendant
   SARAH RENEE GREER

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00388 LJO |
| Plaintiff, | ) |
|  | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING |
| SARAH RENEE TODD, | ) |
|  | ) Date:  December 3, 2010 |
| Defendants. | ) Time:  8:45 am |
|  | ) Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

Sentencing in this matter is currently set for December 3, 2010 at 8:45 am.

By agreement of the parties, it is requested that the sentencing be continued until January 7, 2010 at 8:45 am.

The reason for this request is to allow defense counsel to conduct additional research and investigation regarding defendant's sentencing factors and guideline calculations.

Dated:  November 30, 2010                            Respectfully submitted,


                                                     /s/  Carl M. Faller_____
                                                     CARL M. FALLER
                                                     Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for December 3, 2010 at 8:45 am, be continued to January 7, 2010 at 8:45 am.

DATED:  December 1, 2010

_/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
United States District Judge