CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SARAH RENEE TODD

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>SARAH RENEE TODD,<br><br>         Defendant. | ) Case No.: 1:09-cr-00388 LJO<br>)<br>) STIPULATION TO CONTINUE<br>) SENTENCING HEARING<br>)<br>) Date:  January 7, 2011<br>) Time:  8:45 am<br>) Honorable Lawrence J. O'Neill<br>) |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　The sentencing hearing in this matter is currently set for January 7, 2011 at 8:45 am.

　　　　By stipulation of the parties it is respectfully requested that the sentencing hearing be continued until January 28, 2010 at 8:45 am.

　　　　The reasons for this request are as follows:  As part of her plea agreement, the defendant agreed to cooperate in the prosecution of her codefendant.  Because of the unavailability of government counsel over the last several weeks, defense counsel has not been able to discuss the government's recommendation in this regard until today, January 4, 2011.  During today's discussion, government counsel made a proposal that the government would make certain recommendations if the defendant agreed not to seek certain adjustments from the court.  Since this proposal would involve the defendant affirmatively waiving certain rights and agreeing to a

sentence other than that for which she may otherwise argue, defense counsel must research the implications of this proposal and discuss it at great length with the defendant.  In addition, counsel has been informed that a revised presentence report addressing a change to one of the sentencing components is being prepared.

The length of the continuance is for the following reasons:  Defense counsel has a hearing currently set in the case of People v. Ryann Jones, case no. VCM202765, in Tulare County Superior Court on January 14, 2011 at 8:30 am.  That is a homicide case in which the prosecution is seeking the death penalty.  In addition, defense counsel is currently preparing for trial in the case of People v. Danny Williams, case no. VCF222476A, in Tulare County Superior Court which has been confirmed to commence on January 18, 2011 at 9:00 am., in Department 12 of said court.   That trial is scheduled to last for five weeks.  The trial judge has indicated, however, that the trial will be dark on Friday, January 28th, so counsel will be available to appear in this matter on that date.  This additional time will give counsel time to resolve the outstanding issues, including the proposal of the government, factor in the revisions to the presentence report, and be prepared and available to proceed with sentencing on that date.

Therefore, it is respectfully requested that the court continue the sentencing hearing in this matter from January 7, 2011 to January 28, 2011.

Dated:  January 4, 2011                               Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SARAH RENEE TODD

///

///

///

///

///

                                        BENJAMIN B. WAGNER
                                        United States Attorney

By    /s/ Mark J. McKeon\_\_\_\_
       MARK J. McKEON
       Assistant U.S. Attorney
       Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for January 7, 2011 at 8:45 am, be continued to January 28, 2011 at 8:45 am.

DATED: January 5, 2011

                                        /s/ Lawrence J. O'Neill_____
                                        LAWRENCE J. O'NEILL
                                        United States District Judge