1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-734-0867
4  carl.faller@fallerdefense,com

5  Attorney for Defendant
   SARAH RENEE TODD
6

7

8
                IN THE UNITED STATED DISTRICT COURT
9
           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

   UNITED STATES OF AMERICA,        )  Case No.:  1:09-cr-00388 LJO
12                                   )
              Plaintiff,             )  STIPULATION TO CONTINUE
13                                   )  SENTENCING HEARING
          vs.                       )
14 SARAH RENEE TODD,                 )  Date:  January 7, 2011
                                     )  Time:  8:45 am
15                                   )  Honorable Lawrence J. O'Neill
                                     )
16            Defendant.             )

17        It is hereby stipulated by and between the parties hereto, through their respective

18 attorneys of record, as follows:

19        The sentencing hearing in this matter is currently set for January 7, 2011 at 8:45 am.

20        By stipulation of the parties it is respectfully requested that the sentencing hearing be

21 continued until January 28, 2010 at 8:45 am.

22        The reasons for this request are as follows:  As part of her plea agreement, the defendant

23 agreed to cooperate in the prosecution of her codefendant.  Because of the unavailability of

24 government counsel over the last several weeks, defense counsel has not been able to discuss the

25 government's recommendation in this regard until today, January 4, 2011.  During today's

26 discussion, government counsel made a proposal that the government would make certain

27 recommendations if the defendant agreed not to seek certain adjustments from the court.  Since

28 this proposal would involve the defendant affirmatively waiving certain rights and agreeing to a

1   sentence other than that for which she may otherwise argue, defense counsel must research the

2   implications of this proposal and discuss it at great length with the defendant.  In addition,

3   counsel has been informed that a revised presentence report addressing a change to one of the

4   sentencing components is being prepared.

5          The length of the continuance is for the following reasons:  Defense counsel has a

6   hearing currently set in the case of People v. Ryann Jones, case no. VCM202765, in Tulare

7   County Superior Court on January 14, 2011 at 8:30 am.  That is a homicide case in which the

8   prosecution is seeking the death penalty.  In addition, defense counsel is currently preparing for

9   trial in the case of People v. Danny Williams, case no. VCF222476A, in Tulare County Superior

10  Court which has been confirmed to commence on January 18, 2011 at 9:00 am., in Department

11  12 of said court.   That trial is scheduled to last for five weeks.  The trial judge has indicated,

12  however, that the trial will be dark on Friday, January 28th, so counsel will be available to appear

13  in this matter on that date.  This additional time will give counsel time to resolve the outstanding

14  issues, including the proposal of the government, factor in the revisions to the presentence report,

15  and be prepared and available to proceed with sentencing on that date.

16         Therefore, it is respectfully requested that the court continue the sentencing hearing in

17  this matter from January 7, 2011 to January 28, 2011.

18  Dated:  January 4, 2011                                Respectfully submitted,

19

20                                                    /s/  Carl M. Faller_____
                                                       CARL M. FALLER
21                                                     Attorney for Defendant
                                                       SARAH RENEE TODD
22

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

BENJAMIN B. WAGNER
United States Attorney

2

3

By      /s/ Mark J. McKeon____

4

MARK J. McKEON
Assistant U.S. Attorney
Attorney for the United States

5

6

7          ORDER:

8          Based upon the stipulation of the parties and good cause appearing, it is hereby

9   ORDERED that the sentencing hearing currently set for January 7, 2011 at

10  8:45 am, be continued to January 28, 2011 at 8:45 am.

11  DATED:  January 5, 2011

12

/s/ Lawrence J. O'Neill_____

13

LAWRENCE J. O'NEILL
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28