CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SARAH RENEE TODD

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00388 LJO |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING HEARING |
| SARAH RENEE TODD, | ) Date:  February 11, 2011 |
| | ) Time:  8:45 am |
| | ) Honorable Lawrence J. O'Neill |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for February 11, 2011 at 8:45 am.

By stipulation of the parties, it is respectfully requested that the sentencing hearing be continued until March 4, 2011 at 8:45 am.

The reasons for this request are as follows:  Defense counsel is currently in trial in Tulare County Superior Court in the case of People v. Danny Williams, Case No. VCF222476.  Due to attorney illness and a power failure at the Tulare County Courthouse, which closed the courthouse for three days, the trial is not scheduled to conclude until February 25, 2011.  Counsel was hopeful that this matter could be concluded as now scheduled, but, neither defense counsel nor government counsel has received the revised presentence report which is necessary for the conclusion of negotiations concerning sentencing issues and final preparation of

defendant's sentencing memorandum to be submitted to the court.  The date of March 4, 2011 has been selected since defense counsel's trial will be concluded, the revised presentence report will be available, and no further continuances should therefore be necessary.

It is therefore respectfully requested that this matter be continued until March 4, 2011, at 8:45 am.

Dated:  February 8, 2011                                  Respectfully submitted,


                                         /s/  Carl M. Faller_____
                                         CARL M. FALLER
                                         Attorney for Defendant
                                         SARAH RENEE TODD

                                         BENJAMIN B. WAGNER
                                         United States Attorney


                             By      /s/ Mark J. McKeon____
                                         MARK J. McKEON
                                         Assistant U.S. Attorney
                                         Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for February 11, 2011 at 8:45 am, be continued to March 4, 2011 at 8:45 am.

DATED:  February 9, 2011

                                       _/s/ Lawrence J. O'Neill_____
                                       LAWRENCE J. O'NEILL
                                       United States District Judge