CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SARAH RENEE TODD

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00388 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. | |
| | Date:  March 4, 2011 |
| | Time:  8:45 am |
| SARAH RENEE TODD, | Honorable Lawrence J. O'Neill |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for March 4, 2011 at 8:45 am.

By stipulation of the parties, it is respectfully requested that the sentencing hearing be continued until March 11, 2011 at 8:45 am.

The reasons for this request are as follows:  Defense counsel completed trial in Tulare County Superior Court in the case of People v. Danny Williams, Case No. VCF222476, on February 23, 2011.  Based on counsel's unavailability the sentencing was previously continued until March 4, 2011.  However, in the interim, defendant's husband secured employment out of town, and is unable to attend the sentencing as currently scheduled.  However, the schedule of his new employment will allow him to be in attendance on March 11, 2011.  This is the only

contact this defendant has ever had with the criminal justice system and the support of her family at sentencing is a significant factor in this event in her life.

Therefore, it is respectfully requested that the court grant one further continuance until March 4, 2011, at 8:45 am.

Dated: March 1, 2011                                Respectfully submitted,


/s/ Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SARAH RENEE TODD

BENJAMIN B. WAGNER
United States Attorney


By   /s/ Mark J. McKeon____
MARK J. McKEON
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for March 4, 2011 at 8:45 am, be continued to March 11, 2011 at 8:45 am.

DATED: March 2, 2011

_/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28